_____

No. 95-3397
_____

Metropolitan Life Insurance          *
Company,                             *
                                     *
            Appellee,                *
                                     *
      v.                             *
                                     *  Appeal from the United States
Frankie L. Earvin, Jr.; Annie        *  District Court for the
P. Earvin,                           *  Eastern District of Arkansas.
                                     *
            Appellants,              *      [UNPUBLISHED]
                                     *
Isabella Dallas, on behalf of        *
Erica Earvin,                        *
                                     *
            Appellee.                *

_____

Submitted:  August 7, 1996

Filed:  August 20, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


      Frankie L. Earvin, Jr., and Annie P. Earvin appeal from the
district court's[1] grant of summary judgment in favor of
Metropolitan Life Insurance Co. in its action for declaratory
judgment.  After carefully reviewing the record[2] and the parties'
briefs, we conclude the judgment of the district court was correct.
Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

      [1]The HONORABLE SUSAN WEBBER WRIGHT, United States District
Judge for the Eastern District of Arkansas.

      [2]We grant appellee's motion to supplement the record with a
copy of the Federal Employees Group Life Insurance Policy.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.